UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ALISBEY SANTILLON GATA #02399-506** | **CASE NO. 24-cv-602 SEC P** |
| -vs- | **JUDGE DRELL** |
| **BRIAN BAILEY** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) an 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana this 12th day of Sept. 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT